LD Fitzgerald
845 W Center, Suite D
Pocatello ID 83204
(208) 233-0500
(208) 233-1339 [Facsimile]
fitzgeraldoffice@qwest.net
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF IDAHO

In Re:

| | |
|---|---|
| **JENSEN, BROOK** <br> **JENSEN, LAURA** <br><br><br> _____DEBTOR(S)_____ | **CHAPTER 7** <br><br> CASE NO.  03-41016-7 <br><br> **TURNOVER OF FUNDS** <br> **TO CLERK** |

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the Trustee turns over to the Clerk of the U.S. District Court the following funds for the reason stated below:

1.    The following represents funds paid to the Court pursuant to Bankruptcy Rule 3010.

| NAME & ADDRESS OF CREDITOR | CHECK # | AMOUNT NOT DISBURSED | CLAIM # |
|---|---|---|---|
| BROOK & LAURA JENSEN <br> 666 FRANKLIN APT A <br> POCATELLO ID 83202 | 105 | $1,710.29 | 99 |
| | **TOTAL AMOUNT REMITTED** | **$1,710.29** | |

DATED: October 11, 2005

_____/S/ LD Fitzgerald_____
**L.D. Fitzgerald, Trustee**